present at the birth of a child in proof of pedigree. 3 *Mod.* 36. to shew that the Defendant's rule of evidence is too strict.

Upon full argument, THE COURT over-ruled the evidence, upon the principle contended for by the defendant's council.

Some of the defendant's council, the next day, offered some of Doctor *Coxe's* letters to *David Lloyd,* shewing that the condition had been complied with.

BUT THE COURT adhered to their opinion, and over-ruled these letters also.—A verdict passed for the plaintiff, by which the sense of the Jury was, that the non performance of conditions of settlement, did not void the grant. *

---

# *September* Term, 1773.

---

## *The Lessee* of BIDDLE *versus* SHIPPEN.

THE Plaintiff, among other evidence, offered a Map, made by one *Zimmerman,* about thirty years ago. One *John Knorr,* *Zimmerman's* nephew, proved that said Map was the work of his Uncle, at the request of the People of Germantown; that his Uncle dying before he was paid for it, it remained in the family; that it contains the lines of the Germantown Lots, and the adjacent out Lands; that, upon any difficulty, they apply to him, and this Map generally determines any dispute they may have about their Lines.

Mr. *Chew* opposed this Map, at first, but afterwards agreed that the Lands in controversy were as laid down in it, and admitted it with a salvo of its being no precedent. Upon the Plaintiff's offering it to the Jury to take out with them, Mr. *Chew* opposed it; and some difference arising, THE COURT declared it was not proper evidence, that they should not have allowed its being offered to the Jury, nor would they suffer them to take it out with them.

* Determined at *Chester,* *Ni. Pri.* 24th August 1773.

BUT

1774.  BUT THE COURT alfo declared that the ftatute of 21. *Jac.* 1. *c* 16. of twenty years poffeffion, extended here; and that it had never been doubted.

### ANONYMOUS.

JOHN FISHER, having two fons and a Daughter, made his will, and devifed a plantation to his fon *Matthias* in fee. *Matthias* dies in his minority, inteftate, and without iffue.

*Queftion:*—whether his heirs at common law fhall take; or it fhall divide among his other brother and fifters, under the fupplemental inteftate law of this Province?

On a trial in ejectment for the plantation, it was agreed by council, that the opinion of the Court fhould be conclufive to the Jury.

Mr. *Juftice* WILLING and *Juftice* LAWRENCE were of opinion, and fo delivered it to the Jury, that the eftate fhould be divided: and the plaintiff fuffered a nonfuit. *

---

# *September* Term, 1774.

Before CHEW, Chief Juftice,
WILLING and MORTON, Juftices.

---

### HURST *verfus* DIPPO.

TRESPASS—The Plaintiff's Council opened that *William Penn,* by deed of leafe and releafe, granted to his anceftor *A. Sonmans* five thoufand acres of land in *Pennfylvania*; that fuch deeds were loft, or otherwife miflaid; and to prove the exiftence of fuch deeds, he fhewed a lift of names, commonly called the lift of *firft purchafers,* and containing a warrant, figned and fealed by *William Penn,* to

* Determined at *Bucks, Ni. Pri.* 15 Oct. 1773.

his